Evan A. Berman, SBN #150199
Michael D. Didszun, SBN#199923
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., 6th Floor
Los Angeles, California  90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011

Attorneys for Plaintiff Ruben Castro

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RUBEN CASTRO, an individual, | CASE NO: CV 14-02877 DDP (Ex) |
| Plaintiff, | [LASC CASE NO: BC516632] |
| vs. | [Assigned to Hon. Dean D. Pregerson, Courtroom 3] |
| IRA MINTZ, M.D.; FERNANDO AGUIRRE, M.D.; NORTHEAST VALLEY HEALTH CORPORATION; MIRIAM PADILLA, M.D.; NORTHRIDGE DIAGNOSTIC SATELLITE | **ORDER TO REMAND CASE TO THE LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed: 07/29/13 |
| Defendants. | |

**IT IS SO ORDERED THAT** this matter is hereby remanded to the Los Angeles Superior Court. In addition, the Scheduling Conference set for July 10, 2014 is VACATED.

DATED:  July 09, 2014

*/s/ Dean D. Pregerson*
United States District Judge

```
cc:order, docket, remand letter to
    Los Angeles Superior Court, BC 516632
```